1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID & ISABEL, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BABY BE MINE, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-01806 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Joseph Spero to determine whether it is related to *Ingrid & Isabel, Inc. et al. v. Baby Be Mine, LLC*, No. 08-cv-02554 JCS.

　　　IT IS SO ORDERED.

　　　Date: May 10, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge