# UNITED STATES DISTRICT COURT

__NORTHERN__ **District of** __CALIFORNIA__

INGRID & ISABEL, LLC
                Plaintiff (s),

V.

BABY BE MINE, LLC, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE: 13-cv-01806-JCS

Notice is hereby given that, subject to approval by the court, Baby Be Mine, LLC, Helen Tekce, Isabelle Gartner (Party(s) Name) substitutes Kevin J. Holl; Jeremy Sugerman; Cassandra M. Angel; Manu Pradhan; Charlie Y. Chou (Name of New Attorneys), State Bar Nos. 124830 (KJH); 146315 (JS); 237976 (CMA); 253026 (MP); 248369 (CYC) as counsel of record in place of Peter W. Craigie (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Gordon-Creed, Kelley, Holl & Sugerman, LLP |
| Address: | 222 Kearny Street, Suite 650, San Francisco, California, 94108 |
| Telephone: | (415) 421-3100     Facsimile (415) 421-3150 |
| E-Mail (Optional): | holl@gkhs.com; sugerman@gkhs.com; angel@gkhs.com; pradhan@gkhs.com; chou@gkhs.com |

I consent to the above substitution.
Date: 4-8-14
(Signature of Party(s))

I consent to being substituted.
Date: 4-9-14
/s/ PETER W. CRAIGIE
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/9/14
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/10/14

Judge Joseph C. Spero