1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| INGRID & ISABEL, LLC, | Case No. 13-cv-01806-JCS |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED OPPOSITION BRIEF, OR IN THE ALTERNATIVE, TO FILE OVERLONG BRIEF** |
| BABY BE MINE, LLC, et al., | |
| Defendants. | |

Re: Dkt. Nos. 126, , 130

The Court has considered Defendants' administrative motion for leave to file an amended opposition to Plaintiff's summary judgment motion, or in the alternative, to file an overlong brief, Dkt. No. 126, and Plaintiff's opposition to Defendant's administrative motion.  Dkt. No. 130. Good cause appearing, The Court ORDERS that:

     1.    Defendants' request is GRANTED. Defendants shall file their amended opposition brief, *see* Dkt. No. 126 Ex. A, no later than July 14, 2014.

     2.    Dkt. Nos. 108-09 shall be STRICKEN from the record.

     3.    The date for Plaintiff's Reply shall be Friday, July 18, 2014.

     4.    The hearings on Plaintiff's Motion for Partial Summary Judgment, Dkt. No. 92, and Defendants' Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment, Dkt. No. 98 and the Case Management Conference are rescheduled as follows:

| | Current Date | New Date |
|---|---|---|
| Case Management Conference | August 8, 2014 at 9:30 a.m | August 29, 2014 at 9:30 a.m. |
| Hearing on Plaintiffs Motion for Partial Summary Judgment | August 8, 2014 at 9:30 a.m | August 29, 2014 at 9:30 a.m. |
| Hearing on Defendants' Motion for Partial Summary Judgment | August 8, 2014 at 9:30 a.m | August 29, 2014 at 9:30 a.m. |

United States District Court
Northern District of California

5.	A joint case management conference statement shall be due no later August 22, 2014.

**IT IS SO ORDERED.**

Dated: July 14, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge