UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BABY BE MINE, LLC, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01806-JCS<br><br>**ORDER RE PLAINTIFF'S MOTION TO SHIFT COSTS OF FORENSIC RECOVERY TO DEFENDANT AND FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 141 |

　　　　Plaintiff filed a motion styled as "Motion To Shift Costs Of Forensic Recovery To Defendants Pursuant To Court Order" on August 6, 2014. Dkt. No. 141 ("Motion"). Plaintiff requested to shift costs of forensic recovery to Defendant pursuant to this Court's Order of April 1, 2014, *see* Dkt. No. 71 ("April Order"), and requested attorneys' fees related to discovery and for the instant motion. A hearing on the Motion was held on Friday, September 19, 2014 at 2:00 p.m. For the reasons stated on the record, the Motion is GRANTED in part and DENIED in part.

　　　　1.　　Plaintiff requested to shift to Defendants $52,574.12 in costs related to forensic recovery, billed to Plaintiff by the forensic recovery firm Discovia. The Court finds that, pursuant to its April Order, Plaintiff is entitled to costs in the amount of $50,198.03.

　　　　2.　　Plaintiff requested attorneys' fees "in connection with the forensic recovery" in the amount of $64,472. Motion at 11. The request is DENIED.

　　　　3.　　Plaintiff requested attorneys' fees "incurred to bring this motion." *Id.* The request is DENIED.

　　　　Defendants are ORDERED to pay $50,198.03 to Plaintiff within 30 days.

　　　　**IT IS SO ORDERED.**

Dated: September 19, 2014.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California