ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
ILENE H. GOLDBERG (SBN 168051)
igoldberg@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwaston@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile:  (650) 812-3442

Attorneys for Plaintiff
INGRID & ISABEL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> BABY BE MINE, LLC, a Delaware limited liability company, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. CV-13-1806-JCS <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS'** ***DAUBERT*** **MOTION TO EXCLUDE TESTIMONY OF JED GREENE** <br><br> DATE:     October 17, 2014 <br> TIME:     2:00 p.m. <br> DEPT:     Courtroom G- 15th Floor <br><br> TRIAL DATE:  November 3, 2014 <br> JUDGE:     Honorable Joseph C. Spero |

1  Plaintiff Ingrid & Isabel, LLC has filed with the Court an Administrative Motion to File
2  under seal Plaintiff's Opposition to Defendants' *Daubert* Motion to Exclude Testimony of Jed
3  Greene.  Having considered all relevant documents and evidence and having considered the
4  arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that the
5  motion to seal is GRANTED.

Dated:  __9/29_____, 2014        _____
  THE HONORABLE JOSEPH C. SPERO
  United States Magistrate Judge