UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>BABY BE MINE, LLC, et al.,<br><br>          Defendants. | Case No.  13-cv-01806-JCS<br><br>**CLERK'S NOTICE CHANGING DATE AND TIME FOR FINAL PRETRIAL CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the final pretrial conference, previously scheduled for October 17, 2014, at 2:00 P.M., has been rescheduled to **October 21, 2014, at 9:30 A.M.,** before Magistrate Judge Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated:

    Richard W. Wieking
    Clerk, United States District Court

    */s/ Karen L. Hom*
    Karen Hom, Deputy Clerk to the
    Honorable JOSEPH C. SPERO
    415-522-2035